UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2014
```

LATIN AMERICA MUSIC COMPANY,
INC., *et al.*,

                              Plaintiffs,

-v-

SPANISH BROADCASTING SYSTEM, INC.
and RAUL ALARCON, JR.,

                              Defendants.

No. 13 Civ. 1526 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

On December 31, 2013, Defendant Spanish Broadcasting System, Inc. ("SBS") moved to dismiss Count Two of the Third Amended Complaint ("TAC") (Doc. No. 24), and Defendant Raul Alarcon, Jr. ("Alarcon") moved to dismiss the Third Amended Complaint as to Alarcon in its entirety. (Doc. Nos. 28, 33.) For reasons to be explained more fully in a forthcoming order, the Court grants Defendant Alarcon's motion to dismiss (Doc. No. 28) and Defendant SBS's motion to dismiss the second cause of action (Doc. No. 33). Accordingly, the Clerk of the Court is respectfully directed to terminate the motions pending at docket numbers 28 and 33.

In the Court's December 12, 2013 Order (Doc. No. 27), the parties were directed to begin discovery relating to those claims that are not subject to Defendant's pending motion to dismiss (Doc. Nos. 28, 33). In particular, Defendants have not moved to dismiss Count One of the TAC (Doc. No. 24) as it pertains to Defendant SBS. The Court also directed the parties to complete a joint proposed case management plan for discovery relating to those claims on or before December 20, 2013. The parties have not raised any discovery disputes since submitting their proposed case management plan, which called for discovery to be completed by July 18, 2014. Accordingly, IT IS

HEREBY ORDERED THAT the parties shall apprise the Court, on or before June 20, 2014, of the status of discovery and whether any modifications to the parties' proposed case management plan are sought.

SO ORDERED.

Dated:   June 17, 2014
         New York, New York

```
_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE
```