UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/16
```

LATIN AMERICA MUSIC COMPANY,
INC., *et al.*,

                    Plaintiffs,

-v-

SPANISH BROADCASTING SYSTEM, INC.
and RAUL ALARCON, JR.,

                    Defendants.

No. 13 Civ. 1526 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Plaintiffs dated February 10, 2016 and received in Chambers at 8:06 p.m., requesting an extension until March 11, 2016 of the deadlines for production of documents and completion of fact depositions in this matter. Pursuant to the Court's January 13, 2016 order (Doc. No. 86), the deadline for fact depositions is February 11, 2016, and the deadline for the completion of document discovery was January 20, 2016. This Court's Individual Rules require that requests for extensions of time be received by the Court, absent an emergency, at least 48 hours prior to the scheduled deadline. Plaintiffs' request for an extension of the January 20, 2016 and February 11, 2016 deadlines thus is untimely (and with respect to the January deadline, very much so).

    As an explanation for their belated request, Plaintiffs state that a cyber-attack on their computer systems occurred while Plaintiffs were collecting potentially responsive documents, and that the cyber-attack rendered all of Plaintiffs' electronic documents unreadable. Plaintiffs do not specify when this cyber-attack occurred, nor do Plaintiffs explain why a cyber-attack

during their document collection process – which presumably was underway well before the January 20, 2016 deadline for document production – delayed Plaintiffs' request for an extension until three weeks after that deadline, on the eve of the February 11, 2016 deadline for fact depositions. Plaintiffs' January 13, 2016 letter (Doc. No. 85) – which requested only a five-day extension of the prior January 15, 2016 deadline for document production and did not mention a cyber-attack or any other issue with document collection – does not aid their explanation of the delay.

For the foregoing reasons, IT IS HEREBY ORDERED THAT Plaintiffs' request for an extension is DENIED.

SO ORDERED.

Dated:   February 10, 2016
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE