UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LATIN AMERICAN MUSIC COMPANY, INC., a/k/a LAMCO, and ASOCIACIÓN DE COMPOSITORES Y EDITORES DE MUSICA LATINOAMERICANA, a/k/a ACEMLA,<br><br>Plaintiffs,<br><br>-v-<br><br>SPANISH BROADCASTING SYSTEM, INC.,<br><br>Defendant. | No. 13-cv-1526 (RJS)<br><br>**JUDGMENT** |

RICHARD J. SULLIVAN, Circuit Judge:

For the reasons stated in the Court's June 1, 2020 Order granting Defendant's application for attorneys' fees (Doc No. 221), IT IS HEREBY **ORDERED, ADJUDGED, AND DECREED THAT** judgment is entered in favor of Defendant Spanish Broadcasting System, Inc, against Plaintiffs Latin American Music Company, Inc., also known as LAMCO, and Asociación de Compositores y Editores de Musica Latinoamericana, also known as ACEMLA, jointly and severally, in the amount of $448,532.13 for district court attorneys' fees, $41,317.26 for appellate court attorneys' fees, and $13,543.66 for costs, for a total award of $503,393.05.

Judgment is also entered in favor of non-party indemnitor Broadcast Music, Inc., against Plaintiffs LAMCO and ACEMLA, jointly and severally, in the amount of $290,453.81 for district court attorneys' fees, $44,259.04 for appellate court attorneys' fees, and $6,935.05 for costs, for a total award of $341,647.90.

Dated:   July 16, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation